NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


HARRY C. WALTERS,                     )
                                      )
            Appellant,                )
                                      )
v.                                    )       Case No.  2D18-4898
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____ )

Opinion filed August 30, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Charles E. Roberts,
Judge.

Harry C. Walters, pro se.


PER CURIAM.

            Affirmed.


CASANUEVA, MORRIS, and ATKINSON, JJ., Concur.